# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ALVAREZ-RAMIREZ, Juan<br>Year of Birth: 1987; Mexican Citizen | DOCKET NO.<br>**VICTIM**<br><br>MAGISTRATE'S CASE NO.<br><br>12-00073M |

Complaint for violation of Title 18   United States Code § 111(a)(1) & (b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 4, 2012, at or near Pisinemo, near Papago Farms off Federal Route 21, on the Tohono O'odham Indian Reservation, in the District of Arizona, defendant, JUAN ALVAREZ-RAMIREZ, did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with U.S. Border Patrol Agent Joseph La Colla, while Agent La Colla was engaged in and on account of the performance of his official duties; with the act constituting more than simple assault, that is, ALVAREZ-RAMIREZ inflicted bodily injury to Agent La Colla, to wit: choking and smothering Agent La Colla so that he could not breathe, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 4, 2012, at or near Pisinemo, near Papago Farms off Federal Route 21, on the Tohono O'odham Indian Reservation, Border Patrol Agent Joseph La Colla made contact with a group of suspected illegal aliens. One of the individuals in the group, later identified as **Juan Alvarez-Ramirez**, refused commands to sit down and ran away from the agent. **Alvarez-Ramirez** continued to ignore verbal commands to stop and yelled at the agent that he was going to kill him. When Agent La Colla followed **Alvarez-Ramirez** into a thicket and attempted to take him into custody, **Alvarez-Ramirez** grabbed the agent's jacket, threw the agent to the ground and began pulling on the agent's holster and service firearm trying to get the agent's firearm. They began to wrestle and **Alvarez-Ramirez** wrapped his arms around Agent La Colla's neck and choked him and smothered Agent La Colla's face so that he could not breathe. Border Patrol Agent David Meza arrived to assist, and **Alvarez-Ramirez** continued to fight both agents until he was finally subdued and arrested. As the agents walked **Alvarez-Ramirez** back to the group, he repeatedly told Agent La Colla and Agent Meza that he would kill them.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

Rec: Detention
    Being duly sworn, I declare that the foregoing is
    true and correct to the best of my knowledge.
NPS/cvg
Approved by AUSA N. Savel

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE
US Border Patrol Agent

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 5, 2012 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54